JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CONSTRUCTION LABORERS TRUST FUNDS,

Plaintiff,

v.

SAFETY NETWORK TRAFFIC CONTROL SERVICES, INC. et al.,

Defendants.

Case No. 2:26-cv-01853-SB-SK

JUDGMENT AGAINST DEFENDANTS SAFETY NETWORK TRAFFIC CONTROL SERVICES, INC., SAFETY NETWORK, INC., AND RUSSELL DEREK JOHNSON

Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("CLTF") and Defendants SAFETY NETWORK, INC., ("SAFETY NETWORK"); SAFETY NETWORK TRAFFIC CONTROL SERVICES, INC., ("TRAFFIC CONTROL") (collectively with SAFETY NETWORK, the "EMPLOYERS"); RUSSELL DEREK JOHNSON, an individual also known as RUSS D. JOHNSON ("R. JOHNSON"); and JORDAN JOHNSON, an individual ("J. JOHNSON") have filed a stipulation for entry of judgment on Plaintiff's first, second, third, and sixth claims for relief, and for dismissal of Plaintiff's fourth and fifth claims for relief and voluntary dismissal of Defendant J. JOHNSON ("Stipulation"), which together fully disposes of this lawsuit. The Court, having considered the Stipulation and agreement of the parties, hereby enters judgment as follows:

1. **JUDGMENT IS ENTERED IN FAVOR OF THE PLAINTIFF**, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of the Laborers Vacation, Holiday, and Sick Pay Trust Fund; Construction Laborers Pension Trust for Southern California; Laborers Training and Re-Training Trust Fund for Southern California; Laborers

Contract Administration Trust Fund For Southern California; Center for Contract Compliance; Fund for Construction Industry Advancement; Laborers' Trusts Administrative Trust Fund for Southern California; and Southern California Partnership for Jobs Trust Fund, and against Defendant **SAFETY NETWORK, INC., a California corporation**, IN THE AMOUNT OF **$1,005,371.44**, as follows: (a) on Claim One, $822,339.37 in delinquent fringes benefit contributions for the period of July 2022 through July 2025, along with resulting liquidated damages and interest (through July 31, 2026); and (b) on Claim Two, $183,032.07 in delinquent fringes benefit contributions for the period of July 2024 through April 2026, along with resulting liquidated damages and interest (through July 31, 2026). As a subset of SAFETY NETWORK'S total liability of $1,005,371.44, SAFETY NETWORK also owes (a) On Claim Three, $87,098.72 for fiduciary breach and (b) on Claim Six, $350,560.38 for breach of settlement agreement.

2. **JUDGMENT IS ENTERED IN FAVOR OF THE PLAINTIFF**, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of the Laborers Vacation, Holiday, and Sick Pay Trust Fund; Construction Laborers Pension Trust for Southern California; Laborers Training and Re-Training Trust Fund for Southern California; Laborers Contract Administration Trust Fund For Southern California; Center for Contract Compliance; Fund for Construction Industry Advancement; Laborers' Trusts Administrative Trust Fund for Southern California; and Southern California Partnership for Jobs Trust Fund, and against Defendant **SAFETY NETWORK TRAFFIC CONTROL SERVICES, INC., a California Corporation,** IN THE AMOUNT OF **$1,005,371.44**, as follows: (a) on Claim One, $822,339.37 in delinquent fringes benefit contributions for the period of July 2022 through July 2025, along with resulting liquidated damages and interest (through July 31, 2026); and (b) on Claim Two, $183,032.07 in delinquent fringes benefit contributions for the period of July 2024 through April 2026, along with resulting liquidated damages and interest (through July 31, 2026). As subset of TRAFFIC CONTROL'S total liability of $992,442.75, TRAFFIC CONTROL also owes $87,098.72 on Claim Three for fiduciary breach. The amount of monetary judgment awarded in this paragraph 2 reflects an overlapping monetary judgment with that against SAFETY NETWORK, INC. for which SAFETY NETWORK TRAFFIC CONTROL SERVICES, INC. shares joint and several liability, not additional damages awarded in addition to the monetary judgment awarded against SAFETY NETWORK, INC. in the preceding paragraph.

3. **JUDGMENT IS ENTERED IN FAVOR OF THE PLAINTIFF**, Construction Laborers Trust Funds for Southern California Administrative Company, a Delaware limited liability company, an administrator of, agent for collection for, fiduciary to, and on behalf of the Laborers Vacation, Holiday, and Sick Pay Trust Fund; Construction Laborers Pension Trust for Southern California; Laborers Training and Re-Training Trust Fund for Southern California; Laborers Contract Administration Trust Fund For Southern California; Center for Contract Compliance; Fund for Construction Industry Advancement; Laborers' Trusts Administrative Trust Fund for Southern California; and Southern California Partnership for Jobs Trust Fund, and against Defendant **RUSSELL DEREK JOHNSON, an individual also known as RUSS D. JOHNSON**, IN THE AMOUNT OF **$437,659.10**, as follows: (a) On Claim Three, $87,098.72 for fiduciary breach and (b) on Claim Six, $350,560.38 for breach of settlement agreement. The amount of monetary judgment awarded in this paragraph reflects an overlapping monetary judgment with that against SAFETY NETWORK, INC. and SAFETY NETWORK TRAFFIC CONTROL SERVICES, INC. for which RUSSELL DEREK JOHNSON shares joint and several liability, not additional damages awarded in addition to the monetary judgment awarded against SAFETY NETWORK, INC. and SAFETY NETWORK TRAFFIC CONTROL SERVICES, INC. in the preceding paragraphs.

4. The monetary judgments issued hereby in paragraphs 1 through 3 above shall not, and do not, have res judicata effect, operate as a bar or effect any other limitation of any right of the Trust Funds or any individual Trust Fund (including Plaintiff on behalf of the Trust Funds or any individual Trust Fund) to determine via audit and collect any amounts due, but not presently known to be due, by TRAFFIC CONTROL, SAFETY NETWORK, R. JOHNSON, OR J. JOHNSON (or any of them) that are not encompassed by the Stipulated Judgment, including for any time period other than July 2022 to April 2026.

All hearings and other deadlines for this matter are vacated.

Date: August 10, 2026

Stanley Blumenfeld, Jr.
United States District Judge